Motion to dismiss appeal allowed September 17, rehearing denied October 15, 1929.

## JOHN P. LEONARD *v.* ALEXANDER BONSER,
### GUARDIAN, ET AL.

(280 Pac. 340.)

For the motion, *Mr. Frank Schlegel.*

*Contra, Messrs. Joseph, Haney & Littlefield* and *Mr. Bradley A. Ewers.*

COSHOW, C. J.—On the sixth day of May, 1929, plaintiff filed a second motion to dismiss this appeal. The first motion was denied with permission to re-present the same when the cause came on to be heard on its merits. The second motion to dismiss is based upon an affidavit of Frank Schlegel of attorneys for plaintiff. The affidavit recites in effect that since the appeal was taken the controversy between plaintiff and defendants has been entirely settled. This affidavit is not controverted. On the sixth day of May, 1929, a stipulation was filed submitting the cause on briefs. The determination of other cases

submitted before the sixth day of May, 1929, prevented the court from considering the second motion to dismiss sooner.

It is the settled law of this state that when a judgment has been adjusted or settled after appeal has been taken and before the hearing of the cause in this court, the appeal will be dismissed: *West* v. *Broadwell et al.,* 124 Or. 652 (265 Pac. 783); *Barnes* v. *State Industrial Acc. Com.,* 112 Or. 41 (228 Pac. 684); *Graves* v. *State Industrial Acc. Com.,* 112 Or. 143, 147, 148 (223 Pac. 248); *Thomas* v. *Booth-Kelly Co.,* 52 Or. 534, 535 (97 Pac. 1078, 132 Am. St. Rep. 713); *Elwert* v. *Marley,* 53 Or. 591 (99 Pac. 887, 101 Pac. 671, 133 Am. St. Rep. 850).

Appeal dismissed.

BROWN, J., absent.